**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA,
SAN FRANCISCO, CA 94111
TELEPHONE: 415.434.
FACSIMILE: 415.434.4507

KEVIN F. WOODALL, BAR NO. 180650
JENNIFER B. HOCHSCHILD, BAR NO. 221450
ATTORNEYS FOR DEFENDANTS,
JOHNSON CONTROLS, INC. AND WALLY BOMHOFF

**THE VELEZ LAW FIRM**
6940 DESTINY DRIVE
ROCKLIN, CA 95677
TELEPHONE: (916) 774-2720
FACSIMILE: (916) 774-2730

MARK P. VELEZ, BAR NO. 163484
ATTORNEY FOR PLAINTIFFS,
DOUGLAS MOYLES AND GINA MOYLES

# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DOUGLAS MOYLES, GINA MOYLES, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> V. ) <br> ) <br> JOHNSON CONTROLS, INC., A WISCONSIN ) <br> CORPORATION, WILLIAM E. THOMAS, ) <br> WALLY BOMHOFF, AND DOES, 1-50, ) <br> INCLUSIVE, ) <br> ) <br> DEFENDANTS. ) <br> ) | **CASE NO. 2:05-CV-00885-FCD-KJM** <br><br> **JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD PURSUANT TO LOCAL RULE 6-142** |

WHEREAS, Plaintiffs Douglas and Gina Moyles ("Plaintiffs") originally commenced this action by filing a Complaint in the Superior Court of the State of California in and for the County of Sacramento, Case Number 04 AS 03634.

WHEREAS, on April 14, 2005, Judge Abbott of the Superior Court of the State of California in and for the County of Sacramento ordered that Plaintiffs may file and serve a Second Amended Complaint not later than Monday, April 25, 2005, and that the

1

JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD
CASE NO. 2:05-CV-00885-FCD-KJM

016.359236.1

1  responsive pleading shall be filed fifteen days thereafter if service is by mail. On April
2  25, 2005, Plaintiffs filed and served by mail a Second Amended Complaint.
3      WHEREAS, on May 4, 2005, Defendants Johnson Controls, Inc. and Wally
4  Bomhoff ("Defendants") filed a Notice of Removal of this action from the Superior Court
5  of the State of California.
6      WHEREAS, Plaintiffs and Defendants agree that nothing in this Stipulation shall
7  be construed to be a waiver of any right by Plaintiffs to file a Motion to Remand.
8      Wherefore, the parties hereby stipulate, pursuant to Local Rule 6-142, that
9  Defendants Johnson Controls, Inc. and Wally Bomhoff's deadline to respond to
10  Plaintiffs' Second Amended Complaint by answer or other responsive pleading, be
11  extended for two weeks from May 10, 2005, to May 24, 2005.

12  DATE: MAY 6, 2005                  FOLEY & LARDNER LLP
                                       KEVIN F. WOODALL
13                                     JENNIFER B. HOCHSCHILD

14

15
                                       BY: _____
16                                         KEVIN F. WOODALL
                                           ATTORNEYS FOR DEFENDANTS,
17                                         JOHNSON CONTROLS, INC. AND WALLY
                                           BOMHOFF
18

19  DATE: MAY 6, 2005                  THE VELEZ LAW FIRM
                                       MARK P. VELEZ
20

21

22                                     BY: _____
                                           MARK P. VELEZ
23                                         ATTORNEYS FOR PLAINTIFFS, DOUGLAS
                                           MOYLES AND GINA MOYLES
24  IT IS SO ORDERED

25  DATE: MAY 9, 2005

26
                                       BY: /S/ FRANK C. DAMRELL JR.         .
27                                         HONORABLE FRANK C. DAMRELL, JR.

28

2

JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD
CASE NO. 2:05-CV-00885-FCD-KJM