**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA,
SAN FRANCISCO, CA 94111
TELEPHONE: 415.434.
FACSIMILE: 415.434.4507

KEVIN F. WOODALL, BAR NO. 180650
JENNIFER B. HOCHSCHILD, BAR NO. 221450
ATTORNEYS FOR DEFENDANTS,
JOHNSON CONTROLS, INC. AND WALLY BOMHOFF

**THE VELEZ LAW FIRM**
6940 DESTINY DRIVE
ROCKLIN, CA 95677
TELEPHONE: (916) 774-2720
FACSIMILE: (916) 774-2730

MARK P. VELEZ, BAR NO. 163484
ATTORNEY FOR PLAINTIFFS,
DOUGLAS MOYLES AND GINA MOYLES

# UNITED STATE DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DOUGLAS MOYLES, GINA MOYLES,<br><br>PLAINTIFFS,<br><br>V.<br><br>JOHNSON CONTROLS, INC., A WISCONSIN CORPORATION, WILLIAM E. THOMAS, WALLY BOMHOFF, AND DOES, 1-50, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO. 2:05-CV-00885-FCD-KJM<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD PURSUANT TO LOCAL RULE 6-142** |

WHEREAS, Plaintiffs Douglas and Gina Moyles ("Plaintiffs") originally commenced this action by filing a Complaint in the Superior Court of the State of California in and for the County of Sacramento, Case Number 04 AS 03634.

WHEREAS, on April 14, 2005, Judge Abbott of the Superior Court of the State of California in and for the County of Sacramento ordered that Plaintiffs may file and serve a Second Amended Complaint not later than Monday, April 25, 2005, and that the

1

1  responsive pleading shall be filed fifteen days thereafter if service is by mail.  On April
2  25, 2005, Plaintiffs filed and served by mail a Second Amended Complaint.
3        WHEREAS, on May 4, 2005, Defendants Johnson Controls, Inc. and Wally
4  Bomhoff ("Defendants") filed a Notice of Removal of this action from the Superior Court
5  of the State of California.
6        WHEREAS, Plaintiffs and Defendants agree that nothing in this Stipulation shall
7  be construed to be a waiver of any right by Plaintiffs to file a Motion to Remand.
8        Wherefore, the parties hereby stipulate, pursuant to Local Rule 6-142, that
9  Defendants Johnson Controls, Inc. and Wally Bomhoff's deadline to respond to
10 Plaintiffs' Second Amended Complaint by answer or other responsive pleading, be
11 extended for two weeks from May 10, 2005, to May 24, 2005.

DATE: MAY 6, 2005

FOLEY & LARDNER LLP
KEVIN F. WOODALL
JENNIFER B. HOCHSCHILD

BY: _____
KEVIN F. WOODALL
ATTORNEYS FOR DEFENDANTS,
JOHNSON CONTROLS, INC. AND WALLY
BOMHOFF

DATE: MAY 6, 2005

THE VELEZ LAW FIRM
MARK P. VELEZ

BY: _____
MARK P. VELEZ
ATTORNEYS FOR PLAINTIFFS, DOUGLAS
MOYLES AND GINA MOYLES

IT IS SO ORDERED

DATE: MAY 9, 2005

BY: /S/ FRANK C. DAMRELL JR.                .
HONORABLE FRANK C. DAMRELL, JR.